THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \* |
| **Plaintiff,** | \* |
| v. | \* CIVIL ACTION NO. 09-00840-CG-M |
| **$5,680.00, more or less, in U.S. Currency** | \* |
| **Defendant.** | \* |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the separate Order entered on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that the defendant, $5,680.00, more or less, in U.S. Currency, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 13th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE